IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MELODY A. RUSSELL | * |
| v. | * Civil No. – JFM-15-1985 |
| HEALTHCARE ASSOCIATES CREDIT UNION, ET AL. | * |

******

## MEMORANDUM

Defendant has filed a motion to dismiss. The motion will be granted for the following reasons.

First, plaintiff has not stated any claim under the Truth in Lending Act. Plaintiff has not alleged any failure to make one or more of the disclosures required under the Act.

Second, plaintiff has not stated any claim under the Maryland Consumer Debt Collection Act. The fact that defendant brought suit against her in Illinois, where she resided before she moved to Maryland, does not state a claim under the Act.

Third, she attempts to state a claim under the Maryland Consumer Practices Act. The attempt fails because she has not made any allegation that she relied upon any misrepresentation made by defendant.

Plaintiff seeks to amend her complaint. The request is denied on the ground that any amendment of the complaint would be futile.

Date: 12/8/10

_____
J. Frederick Motz
United States District Judge