**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

MELODY A. RUSSELL *
*
*
v. * Civil No. – JFM-15-1985
*
HEALTHCARE ASSOCIATES CREDIT *
UNION, ET AL.

******

ORDER

For the reasons stated in the memorandum entered herewith, it is, this 8th day of December 2015

ORDERED

1. Defendant's motion to dismiss (document 6) is granted;

2. Plaintiff's motion to amend the complaint (document 13) is denied; and

3. This action is dismissed.

J. Frederick Motz
United States District Judge